KEVIN V. RYAN (CSBN 118321)
United States Attorney

**E-Filing**

EUMII L. CHOI (WVSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff

RECEIVED
APR 25 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THUY PHUOC DINH,<br>a/k/a Pierre Dinh,<br><br>    Defendant. | No. CR 06-00195 RMW<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |

    On April 5, 2006, the parties appeared before the Court for an arraignment on an indictment. After the defendant was arraigned and entered a plea of not guilty, the parties scheduled an appearance before the Honorable Judge Whyte on May 8, 2006 at 9:00 a.m. Assistant United States Attorney Susan Knight then requested an exclusion of time under the Speedy Trial Act from April 5, 2006 until May 8, 2006 in order for the government to provide discovery to the defendant's attorney, Robert Amparan. The defendant, through Mr. Amparan, agreed to the exclusion. The parties stipulated and agreed that an exclusion under the Speedy

//

[PROPOSED] ORDER TO EXCLUDE TIME
CR 06-00195 RMW

Trial Act was appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED.

DATED:_____

KEVIN V. RYAN
United States Attorney

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

DATED:_____

_____/s/_____
ROBERT M. AMPARAN
Counsel for Mr. Pierre Dinh

Accordingly, the Court HEREBY ORDERS that the time between April 5, 2006 and May 8, 2006 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated 4/28/06

PATRICIA V. TRUMBULL
United States Magistrate Judge