1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

4 | SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

5

6 | 150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056

7 | FAX: (408) 535-5066
Susan.Knight@usdoj.gov

8

Attorneys for Plaintiff

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

12

SAN JOSE DIVISION        *E-FILED - 5/11/06*

13

14 | UNITED STATES OF AMERICA,        )        No. CR 06-00195 RMW
                                   )
15 |        Plaintiff,              )
                                   )         ORDER EXCLUDING TIME
16 |        v.                      )        FROM THE SPEEDY TRIAL ACT
                                   )        CALCULATION (18 U.S.C. §§ 3161(h)(8)(A)
17 | THUY PHUOC DINH,               )        & 3161(h)(8)(B)(iv))
    a/k/a Pierre Dinh,             )
18 |                                )
           Defendant.              )
19 | _____)

20

21        On May 8, 2006, the parties appeared before the Court for an initial appearance.  At that

22  appearance, Assistant United States Attorney Susan Knight informed the Court that the

23  government had provided a substantial amount of discovery to defense counsel, and that Anne

24  Marie Tomassini, who represents the defendant, would need time to review it.  The parties then

25  requested that the case be continued to July 17, 2006.  The parties also requested an exclusion of

26  time under the Speedy Trial Act from May 8, 2006 until July 17, 2006 in order to afford Ms.

27  Tomassini adequate time to review the discovery.  The defendant, through Ms. Tomassini, agreed

28  to the exclusion.  The parties stipulated and agreed that an exclusion under the Speedy

ORDER TO EXCLUDE TIME
CR 06-00195 RMW

1 | Trial Act was appropriate based on the defendant's need for effective preparation of counsel.

2 | SO STIPULATED.                           KEVIN V. RYAN
                                            United States Attorney

3 |
   | DATED:_____                   _____/s/_____
4 |                                            SUSAN KNIGHT
                                            Assistant United States Attorney
5 |

6 | DATED:_____                   _____/s/_____
                                            ANNE MARIE TOMASSINI
7 |                                            Counsel for Mr. Pierre Dinh

8 |

9 |      Accordingly, the Court HEREBY ORDERS that the time between May 8, 2006 and July

10 | 17, 2006 is excluded under the Speedy Trial Act.  The Court finds that the failure to grant the

11 | requested continuance would deny the defendant effective preparation of counsel.  The Court

12 | finds that the ends of justice served by granting the requested continuance outweigh the best

13 | interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal

14 | cases.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.

15 | §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

16 | IT IS SO ORDERED.

17 |

18 |  5/11/06                                   /S/ RONALD M. WHYTE
    | Dated                                     RONALD M. WHYTE
19 |                                            United States District Judge

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

ORDER TO EXCLUDE TIME
CR 06-00195 RMW                              2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28