KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

[] ORDER TO EXCLUDE TIME
CR 06-00195 RMW

*E-FILED - 8/2/06*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00195 RMW |
| Plaintiff, | ) | |
| v. | ) | [] ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |
| THUY PHUOC DINH, a/k/a Pierre Dinh, | ) | |
| Defendant. | ) | |

On July 17, 2006, the parties appeared before the Court for a status hearing. At that appearance, Assistant United States Attorney Susan Knight informed the Court that Anne Marie Tomassini, who represents the defendant, has requested to review the physical evidence in the case and the government would need time to obtain the evidence for such a review. The evidence is currently in the custody of the Drug Enforcement Administration in Philadelphia. The parties then requested that the case be continued to August 28, 2006. The parties also requested an exclusion of time under the Speedy Trial Act from July 17, 2006 until August 28, 2006 in order for the government to obtain the evidence from the DEA in Philadelphia and to afford Ms. Tomassini adequate time to review it. The defendant, through Ms. Tomassini, agreed to the exclusion. The parties stipulated and agreed that an exclusion under the Speedy Trial Act was appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED.                                KEVIN V. RYAN
                                              United States Attorney

DATED:_____                          _____/s/_____
                                              SUSAN KNIGHT
                                              Assistant United States Attorney


DATED:_____                          _____/s/_____
                                              ANNE MARIE TOMASSINI
                                              Counsel for Mr. Pierre Dinh


Accordingly, the Court HEREBY ORDERS that the time between July 17, 2006 until August 28, 2006 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel. The Court

1 finds that the ends of justice served by granting the requested continuance outweigh the best
2 interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal
3 cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.
4 §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).
5 IT IS SO ORDERED.

7  8/2/06                              /s/ Ronald M. Whyte
  Dated                                RONALD M. WHYTE
8                                      United States District Judge