*E-filed 12/12/06*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PIERRE DINH,<br><br>    Defendant.<br>_____/ | CR 06-195 RMW/HRL<br><br>STIPULATION AND ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS TO ELIMINATE ELECTRONIC MONITORING |

THE PARTIES HEREBY STIPULATE that defendant's conditions of pretrial release may be modified to eliminate electronic monitoring. All other conditions are to remain the same including any curfew required by pretrial services. Pretrial Services Officer Anthony Granados has no objection.

Dated: December 11, 2006

/s/ SUSAN KNIGHT
SUSAN KNIGHT
Assistant U.S. Attorney

/s/ ROBERT M AMPARÁN
ROBERT M. AMPARÁN
Attorney for PIERRE DINH

**IT IS SO ORDERED**.

Dated: 12/12/06

HOWARD R. LLOYD, Magistrate Judge
United States District Court