KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STIPULATION AND [] ORDER TO VACATING TRIAL DATES
CR 06-00195 RMW

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                               )<br>           Plaintiff,                              )<br>                                                               )<br>   v.                                                     )<br>                                                               )<br>THUY PHUOC DINH,                        )<br>a/k/a Pierre Dinh,                              )<br>                                                               )<br>           Defendant.                          )<br>_____)  | No. CR 06-00195 RMW<br><br>STIPULATION AND [] ORDER VACATING TRIAL DATE AND SETTING NEW TRIAL DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |

The undersigned parties respectfully request that the motions hearing and trial current scheduled in the above-captioned case be vacated. Specifically, a motions hearing is currently scheduled for January 22, 2007, along with a pretrial conference on February 15, 2007 and a week long trial commencing on February 26, 2007. Assistant United States Attorney Susan Knight was recently notified by the defendant's attorney's Anne Marie Tomassini and Robert Amparan, that, for several reasons, they are requesting that the trial date be vacated. As stated in Ms. Tomassini's declaration, the government recently obtained the evidence in this case from the Drug Enforcement Administration in Philadelphia for her review. The evidence was reviewed by Ms. Tomassini on December 1, 2006, and there are several other pieces of physical evidence that the government needs to make available for her review. The government anticipates making such evidence available before the end of the year. In addition, Ms. Tomassini further stated in her declaration that a continuance is needed because of respective counsels' holiday schedules and other trials. For example, Mr. Amparan has a trial set for mid-March. The government does not object to the continuance. Therefore, the parties respectfully request that the following motions and trial schedule be set:

1. Defense counsel to file their motions by February 26, 2007, and the government will respond by March 30, 2007. Defense counsel will file an optional rely brief by April 6, 2007.

2. A motions hearing be scheduled for April 16, 2007 at 9:00 a.m.

3. A pretrial conference on April 23, 2007 at 9:00 a.m.

4. The trial will commence on May 14, 2007.  The parties anticipate that the trial will

last one week.

The parties also request that an exclusion of time under the Speedy Trial Act from December 11, 2006 until February 26, 2007. The parties agree and stipulate that an exclusion is appropriate based upon effective preparation of defense counsel and for continuity of defense counsel. In addition, the government needs to provide additional discovery for defense counsel's review.

SO STIPULATED.                                      KEVIN V. RYAN
                                                    United States Attorney

DATED:_____                                         /s/
                                                    _____
                                                    SUSAN KNIGHT
                                                    Assistant United States Attorney

DATED:_____                                         /s/
                                                    _____
                                                    ANNE MARIE TOMASSINI
                                                    Counsel for Mr. Pierre Dinh

Accordingly, the Court HEREBY ORDERS that the motions hearing scheduled for January 22, 2007 at 9:00 a.m. be vacated. In addition, the Court vacates the pretrial conference scheduled for February 15, 2007 at 9:00 a.m. and trial commencing on February 26, 2007. The Court ORDERS the above-referenced briefing schedule and that a motion hearings be scheduled for April 16, 2007. The Court ORDERS that the pretrial conference be scheduled for April 23, 2007 and that the trial commence on May 14, 2007.

The Court FURTHER ORDERS that the time between December 11, 2006 and February 26, 2007 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of defense counsel and continuity of defense counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

1/10/07
Dated

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge