1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone:  (408) 535-5056
7     FAX: (408) 535-5066
      Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION                    *E-FILED - 4/3/07*
12
13  UNITED STATES OF AMERICA,       )   No. CR 06-00195 RMW
                                    )
14       Plaintiff,                 )
                                    )   REQUEST FOR REFERRAL TO A
15       v.                         )   SETTLEMENT CONFERENCE
                                    )   AND ORDER
16  PIERRE DINH,                    )
                                    )
17       Defendant.                 )   SAN JOSE VENUE
                                    )
18  _____ )

19       The undersigned parties respectfully request that the above-captioned case be referred to a

20  settlement conference.  The parties believe that such a conference may be beneficial and may

21  help resolve the case prior to trial, which is scheduled to commence on May 14, 2007.

22  SO STIPULATED:                      SCOTT N. SCHOOLS
                                        United States Attorney
23
    DATED:_____                _____/s/_____
24                                      SUSAN KNIGHT
                                        Assistant United States Attorney
25

26  DATED:_____                _____/s/_____
                                        ROBERT M. AMPARAN
27                                      RANDOLPH E. DARR
                                        Counsel for Mr. Dinh
28

STIPULATION AND [] ORDER
No. 06-00195 RMW                            1

Accordingly, the Court HEREBY ORDERS that the above-captioned case be referred for a for a settlement conference. The parties are directed to contact a district or magistrate judge of their choice to schedule the conference.

SO ORDERED.

DATED: 4/3/07

RONALD M. WHYTE
United States District Judge