1  DOUGLAS L. RAPPAPORT (SBN 136194)
   Attorney at Law
2  260 California Street, Suite 1002
   San Francisco, CA 94111
3  (415) 989-7900

4  Attorney for Defendant
   THUY PHUOC DINH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 4/12/07*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br><br><br><br><br><br>THUY PYUOC DINH,<br>AKA PIERRE DINH<br>          Defendant<br>_____/ | Case Number: 06-00195RMW<br><br>STIPULATED REQUEST FOR CONTINUANCE WITH [PROPOSED] ORDER VACATING MOTIONS AND JURY TRIAL DATES AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C.§§3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY AND SUSAN KNIGHT, ASSISTANT UNITED STATES ATTORNEY:

   The undersigned parties hereby respectfully request that the April 16, 2007 date currently set for hearing on motions as well as the pre-trial date of May 3, 2007 and the jury trial date presently scheduled for May 14, 2007 be vacated as counsel for Mr. Dinh was recently retained and has not had a sufficient opportunity to review all discovery, draft motions and conduct any factual investigation.

   Specifically, please be advised that April 2, 2007 Mr. Dinh retained Douglas Rappaport, Esq. to represent him on the above-entitled action, and on that same date, new counsel filed a Substitution of Counsel with this Court.

1   Thereafter, on April 3, 2007, new counsel contacted the Assistant United States Attorney, Ms.
2   Susan Knight, who agreed that counsel would need additional time to adequately represent his client.
3
4   Thus, the parties hereby respectfully request that this Court make the following orders:
5   1. That the April 16, 2007 date for hearing on motions be vacated;
6   2. That the May 3, 2007 date for pre-trial conference be vacated;
7   3. That the May 14, 2007 date for jury trial be vacated; and,
8   4. That a future status conference date be set on June 2̶1̶ 28, 2007 at 2:00 p.m. or other date thereafter
9   which is convenient for the Court.
10
11  SO STIPULATED
12  DATED:    4/6/07
13                                              SUSAN KNIGHT
                                                Assistant United States Attorney
14
15  DATED:    4/6/07
                                                DOUGLAS L. RAPPAPORT
16                                              Attorney for THUY DINH

17      Accordingly, the Court HEREBY ORDERS that the motions hearing scheduled for April
18  16, 2007 be vacated. In addition, the Court vacates the pretrial conference scheduled for May 3,
19  2007 and the Jury Trial commencing on May 14, 2007. The Court ORDERS that the pretrial
20  conference be scheduled for June 2̶1̶, 2007 at 2:00 p.m.  June 28, 2007 (jg)
21      The Court further orders that the time between April 6, 2007 and June 2̶1̶ 28, 2007 is
22  excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested
23  continuance would deny the defendant effective preparation of recently retained defense counsel.
24  The Court finds that the ends of justice served by granting the requested continuance outweigh
25  the best interest of the public and the defendant in a speedy trial and in the prompt disposition of
26  criminal cases.
27
28

-2-

1  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.
2  §§3161(h)(8)(A) and 3161(h)(8)(B)(iv).
3
4
5  IT IS SO ORDERED.
6
7
8  <u>4/12/07</u>                                              *Ronald M. Whyte*
   Dated                                                   ──────────────────────
                                                           RONALD M. WHYTE
9                                                          United States District Judge

*United States v. PIERRE DINH*
U.S. District Court, Northern District of California, Case No. 06-00195RMW

**PROOF OF SERVICE BY ELECTRONIC FILING**

I am a citizen of the United States; my business address is 260 California Street, Suite 1002 San Francisco, California, 94104. I am employed in the City and County of San Francisco.

I am over the age of eighteen years and not a party to the within cause. I served the following documents: **STIPULATED REQUEST FOR CONTINUANCE WITH [PROPOSED] ORDER VACATING MOTIONS AND JURY TRIAL DATES AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION** (18 U.S.C.§§3161(h)(8)(A) & 3161(h)(8)(B)(iv)) on the all named counsel on the date set forth below by electronic filing with the ECF electronic e-filing system and e-mailing a copy to:

United States District Court
JUDGE RONALD M. WHYTE
Northern District of California
RMWpo@cand.uscourts.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April 2007, at San Francisco, California.

VERONICA DAVIS

Proof of Service by electronic filing