*E-FILED - 7/23/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00195 RMW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |
| THUY PHUOC DINH, a/k/a Pierre Dinh, | ) | |
| Defendant. | ) | |

The undersigned parties respectfully request that the status hearing currently scheduled for July 5, 2007 be continued to July 12, 2007 at 2:00 p.m. The reason for the continuance is that Assistant United States Attorney Susan Knight will be out of town on a family vacation. The parties also request an exclusion of time under the Speedy Trial Act from July 5, 2007 to July 12, 2007. The parties agree and stipulate that an exclusion is appropriate based upon continuity of government counsel and effective preparation of defense counsel. The government is in the process of providing defense counsel with additional discovery, and the continuance will afford him an opportunity to review it.

SO STIPULATED.                                                           SCOTT N. SCHOOLS
                                                                                              United States Attorney

DATED:_____                                            _____/s/_____
                                                                                              SUSAN KNIGHT
                                                                                              Assistant United States Attorney

DATED:_____                                            _____/s/_____
                                                                                              DOUGLAS L. RAPPAPORT
                                                                                              Counsel for Mr. Pierre Dinh

Accordingly, the Court HEREBY ORDERS that the status hearing scheduled for July 5, 2007 is continued to July 12, 2007 at 2:00 p.m.

The Court FURTHER ORDERS that the time between July 5, 2007 and July 12, 2007 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of defense counsel and continuity of defense counsel. The Court finds that the ends of justice served by granting the requested

STIPULATION AND [] ORDER
CR 06-00195 RMW                                                         2

1  continuance outweigh the best interest of the public and the defendant in a speedy trial and in the
2  prompt disposition of criminal cases.  The Court therefore concludes that this exclusion of time
3  should be made under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).
4  IT IS SO ORDERED.

6  _7/23/07_____           _/s/ Ronald M. Whyte_____
   Dated                        RONALD M. WHYTE
7                               United States District Judge

STIPULATION AND [] ORDER
CR 06-00195 RMW                            3