1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone:  (408) 535-5056
7  FAX: (408) 535-5066
   Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN JOSE DIVISION      ***E-FILED - 9/12/07***
12

13 | UNITED STATES OF AMERICA,         ) | No. 06-00195 RMW
                                       )
14 |       Plaintiff,                  )
                                       )  STIPULATION AND []
15 |    v.                             )  ORDER CONTINUING HEARING DATE
                                       )  AND EXCLUDING TIME
16 | PIERRE DINH,                      )
                                       )
17 |       Defendant.                  )
                                       )  SAN JOSE VENUE
18 |_____    )

19

20     The undersigned parties respectfully request that the status hearing scheduled for September

21  6, 2007 be continued to October 29, 2007 at 9:00 a.m.  The reason for the continuance is for the

22  government to obtain the physical evidence in the case, some of which is in the possession of the

23  Drug Enforcement Administration in Philadelphia, and to allow defense counsel an opportunity

24  to review it.  In addition, the parties request an exclusion of time under the Speedy Trial Act

25  from September 6, 2007 to October 29, 2007.  The parties agree and stipulate that an exclusion of

26  time is appropriate based on the defendant's need for effective preparation of counsel.

27  //

28  //

STIPULATION AND [] ORDER
No. 06-00195 RMW                            1

1  SO STIPULATED:                    SCOTT N. SCHOOLS
                                     United States Attorney

3  DATED: 9/5/07                     _____/s/_____
                                     SUSAN KNIGHT
4                                    Assistant United States Attorney

6  DATED:                            _____/s/_____
                                     DOUGLAS L. RAPPAPORT
                                     Counsel for Mr. Dinh

9      Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing
10 scheduled for September 6, 2007 is continued to October 29, 2007 at 9:00 a.m.
11     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from
12 September 6, 2007 to October 29, 2007.  The Court finds, based on the aforementioned reasons,
13 that the ends of justice served by granting the requested continuance outweigh the best interest of
14 the public and the defendant in a speedy trial.  The failure to grant the requested continuance
15 would deny defense counsel reasonable time necessary for effective preparation, taking into
16 account the exercise of due diligence, and would result in a miscarriage of justice.  The Court
17 therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A)
18 and (B)(iv).
19 SO ORDERED.

21 DATED: 9/12/07                    *Ronald M. Whyte*_____
                                     RONALD M. WHYTE
22                                   United States District Judge

STIPULATION AND [ ORDER
NO. 06-00195 RMW                     2