1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone:  (408) 535-5056
7     FAX: (408) 535-5066
      Susan.Knight@usdoj.gov
8                                                            *E-FILED - 3/25/08*
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,      )   No. 06-00195 RMW
                                  )
14      Plaintiff,                )
                                  )   STIPULATION AND []
15      v.                        )   ORDER CONTINUING HEARING DATE
                                  )   AND EXCLUDING TIME
16 PIERRE DINH,                   )
                                  )
17      Defendant.                )
                                  )   SAN JOSE VENUE
18 _____)

19

20     The parties are currently scheduled for a motions hearing on Monday, March 24, 2008 at 9:00

21 a.m.  The government was recently informed by defense counsel Douglas Rappaport that he

22 needs additional time to file his motion to dismiss the indictment due to the destruction of

23 evidence.  Therefore, the parties respectfully request that the motions hearing be vacated and

24 rescheduled for Monday, May 12, 2008.  This will allow defense counsel to file his motion by

25 March 28, 2008 and afford the government an opportunity to respond by April 18, 2008.  In

26 addition, government counsel is unavailable the last two weeks in April because of family

27 vacation.  The parties also requested an exclusion of time under the Speedy Trial Act from March

28 24, 2008 to May 12, 2008  in order for defense counsel to prepare his motion.  The parties agree

and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:          JOSEPH P. RUSSONIELLO
                        United States Attorney

DATED: 3/18/08          _____/s/_____
                        SUSAN KNIGHT
                        Assistant United States Attorney

DATED: 3/18/08          _____/s/_____
                        DOUGLAS L. RAPPAPORT
                        Counsel for Mr. Dinh

Accordingly, for good cause shown, the Court HEREBY ORDERS that the motions hearing scheduled for March 24, 2008 is vacated and rescheduled for May 12, 2008. The parties shall file their respective briefs in accordance with the schedule listed above.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from March 24, 2008 to May 12, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.   No further continuances.  (rmw)

DATED: 3/25/08          *Ronald M. Whyte* (signature)
                        RONALD M. WHYTE
                        United States District Judge

STIPULATION AND [] ORDER
No. 06-00195 RMW                        2