| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

*E-FILED - 6/12/08*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-00195 RMW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [ ]<br>ORDER CONTINUING HEARING DATE<br>AND EXCLUDING TIME |
| PIERRE DINH, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the change of plea hearing scheduled for Monday, June 2, 2008 be continued to Monday, July 14, 2008 at 9:00 a.m. The parties have reached a plea agreement, and the government needs additional time to finalize the paperwork. Defense counsel needs time to review the agreement with the defendant. The reason for the long continuance is due to the Court's schedule, and the respective parties' work and vacation schedules. The parties also request an exclusion of time under the Speedy Trial Act from June 2, 2008 to July 14, 2008. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for continuity and effective preparation of counsel.

//

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO |
| 2 | | United States Attorney |
| 3 | DATED: 5/30/08 | _____/s/_____ |
| 4 | | SUSAN KNIGHT |
| | | Assistant United States Attorney |
| 5 | | |
| 6 | DATED: 5/30/08 | _____/s/_____ |
| | | DOUGLAS L. RAPPAPORT |
| 7 | | Counsel for Mr. Dinh |

Accordingly, for good cause shown, the Court HEREBY ORDERS that the change of plea hearing scheduled for June 2, 2008 is vacated and rescheduled for July 14, 2008 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from June 2, 2008 to July 14, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 6/12/08

_____/s/ Ronald M. Whyte_____
RONALD M. WHYTE
United States District Judge