1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900            *E-FILED - 7/21/08*
6      San Jose, California 95113
       Telephone:  (408) 535-5056
7      FAX: (408) 535-5066

8  Attorneys for Plaintiff

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 UNITED STATES OF AMERICA,      )   CR No. 06-00195 RMW
                                  )
13      Plaintiff,                )
                                  )   STIPULATION AND
14      v.                        )   ORDER CONTINUING DATE OF
                                  )   CHANGE OF PLEA HEARING
15 PIERRE DINH,                   )
                                  )
16      Defendant.                )
                                  )
17 _____ )

18

19    The undersigned parties jointly request that the change of plea hearing in the above-captioned

20 matter be continued from July 14, 2008 to July 21, 2008 at 9:00 a.m.  The reason for the

21 continuance is that Douglas Rappaport, who represents the defendant, has a trial in state

22 court, and therefore, is unavailable on that date.

23
   SO STIPULATED:                   JOSEPH P. RUSSONIELLO
24                                  United States Attorney

25
   DATED: 6/23/08                          /s/
26                                  _____
                                    SUSAN KNIGHT
                                    Assistant United States Attorney
27
   DATED: 6/23/08                          /s/
28                                  _____
                                    DOUGLAS L. RAPPAPORT
                                    Counsel for Mr. Dinh

STIPULATION AND [] ORDER
CR 06-00195 RMW                        1

1  ORDER

2  For good cause shown, the Court HEREBY ORDERS that the change of plea hearing in

3  <u>United States v. Dinh</u> is continued to July 21, 2008 at 9:00 a.m.

4  SO ORDERED.

6  DATED: 7/21/08        *Ronald M. Whyte*
            ──────────────────────────────
            RONALD M. WHYTE
7           United States District Judge