1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113                  *E-FILED - 8/21/08*
     Telephone: (408) 535-5056
7    FAX: (408) 535-5066

8  Attorneys for Plaintiff

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12
    UNITED STATES OF AMERICA,        )   CR No. 06-00195 RMW
13                                   )
         Plaintiff,                  )
14                                   )   STIPULATION AND []
         v.                          )   ORDER CONTINUING SENTENCING
15                                   )   HEARING
                                     )
16  PIERRE DINH,                     )
                                     )
17       Defendant.                  )
                                     )
18

19     The undersigned parties jointly request that a status hearing on above-captioned matter be

20  continued from October 20, 2008 to November 20, 2008 at 2:00 p.m.  The reason for the

21  continuance is that government counsel will be unavailable due to family-related matters.

22  Probation Officer Connie Cooke has no objection to the continuance.

23  SO STIPULATED:                       JOSEPH P. RUSSONIELLO
                                         United States Attorney
24
    DATED: 8/15/08                              /s/
25                                       SUSAN KNIGHT
                                         Assistant United States Attorney
26

27  DATED: 8/17/08                              /s/
                                         DOUGLAS RAPPAPORT
28                                       Counsel for Mr. Dinh


STIPULATION AND [] ORDER
CR 06-00787 JF                              1

1 | For good cause shown, the Court HEREBY ORDERS that the status hearing is continued to
2 | November 20, 2008 at 2:00 p.m.
3 | SO ORDERED.
4 |
5 | DATED: 8/21/08                    /s/ Ronald M. Whyte
6 |                                    RONALD M. WHYTE
                                       United States District Judge